

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00258-CR

**EX PARTE** Luis Miguel **RAMIREZ PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10366CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

On September 29, 2022, the State filed a "Motion to Strike Appellant's Reply Brief, or Permit Additional Briefing After Submission in Ex parte Ortiz (No. 04-22-00260-CR)." We GRANT the State's motion as to its request to file additional post-submission briefing. We ORDER that the State may file a sur-reply brief on or before October 19, 2022. We take under advisement the State's motion as to its request to strike Appellant's reply brief. We ORDER that Appellant may file a response as to the State's request to strike Appellant's reply brief on or before October 17, 2022.

Entered on this 7th day of October, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court